UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA BROKERAGE SERVICES, INC., ET AL.,<br><br>Defendants. | Case No. C2-03-326<br><br>Judge Marbley<br>Magistrate Judge Abel |

**STIPULATION AND ORDER OF DISMISSAL AS TO COUNTS II, III AND IV ONLY OF THE COMPLAINT FOR DEFENDANT FRANÇOIS GOELO**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties, through their undersigned counsel, that:

1. All claims relating to Counts II, III and IV only of the Complaint against Defendant François Goelo shall be dismissed with prejudice, and accordingly may not be reasserted by the Commission against him in any action or in any administrative proceeding.

2. Each of the parties agrees to be responsible for its own attorneys' fees, costs and expenses incurred in connection with this litigation.

3. François Goelo hereby waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or

her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by any of them to defend against this action.

| For Plaintiff Securities and Exchange Commission: | For Defendant François Goelo: |
|---|---|
| /s/Adolph J. Dean, Jr. | /s/William C. Wilkinson |
| Adolph J. Dean, Jr. | William C. Wilkinson |
| Tracy Lo | Thompson Hine LLP |
| U.S. Securities and Exchange Commission | 41 South High Street |
| 175 W. Jackson Blvd., Suite 900 | Suite 1700 |
| Chicago, IL 60604 | Columbus, OH 43215-6101 |

IT IS SO ORDERED:

Dated: March 1, 2010

Honorable Algenon Marbley
UNITED STATES DISTRICT JUDGE