**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. C2-03-CV-326 |
| v. | : | |
| | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **SIERRA BROKERAGE SERVICES INC., ET AL.,** | : | |
| | : | Magistrate Judge Abel |
| | : | |
| Defendants | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the December 17, 2010 Opinion and Order, the Court GRANTS the SEC's Proposed Final Judgment as to Defendant Jeffrey A. Richardson. This case is **DISMISSED**.

Date: **December 17, 2010**          **James Bonini, Clerk**

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk